**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 00-30660
(Summary Calender)

---

LARRY E. CLARK,

Plaintiff-Appellant,

v.

GEORGE B. LAND; ET AL.,

Defendants,

ROBERT L. LEDOUX; MANGHAM & DAVIS, Successors in interest to
Mangham, Hardy, Rolfs, Bailey & Abadie; ATTORNEY'S LIABILITY
ASSURANCE SOCIETY, INC.; ANNA E. DOW; THE LOUISIANA DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT; BROOK, PIZZA & VAN LOON, L.L.P.,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
(97-CV-1266-C)

---

March 13, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

This is the latest in a long line of appellant's contumacious

prolongations of this dispute.  The claims he continues to advance

---

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. Rule 47.5.4.

are wholly without legal merit, and his continued pursuit of these claims is in direct conflict with our earlier admonition that "any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions." We dismiss the appeal as frivolous and, because of appellant's blatant disregard of our warning, we impose sanctions in two forms. First, we prohibit Clark from filing in any federal court of the Fifth Circuit further pleadings in any way arising from or connected with this litigation or the facts underlying this dispute without the prior consent of a judge of the court in which he seeks to file or a judge of this court. Second, we award reasonable attorney's fees and costs to appellees, and, in connection therewith, invite appellees to submit appropriate documentation to us in support of their requests for reimbursement of reasonable costs and expenses, including attorney's fees.

Appeal DISMISSED; Motion for Sanctions GRANTED.